## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASLANBEK BASKAEV**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, in his official capacity as Warden, Federal Detention Center, Philadelphia; DAVID O'NEILL, in his official capacity as Acting Field Office Director, ICE ERO Philadelphia Field Office; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, in her official capacity as Attorney General of the United States,**<br>**Respondents** | **CIVIL ACTION**<br><br><br>**NO.  26-1053** |

## O R D E R

**AND NOW**, this 19th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2. Respondents shall file and serve a response on or before **February 23, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**