## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASLANBEK BASKAEV**<br>　　　　**Petitioner,**<br><br>　　　　**v.**<br><br>**J.L. JAMISON, in his official capacity as Warden, Federal Detention Center, Philadelphia; DAVID O'NEILL, in his official capacity as Acting Field Office Director, ICE ERO Philadelphia Field Office; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, in her official capacity as Attorney General of the United States,**<br>　　　　**Respondents** | **CIVIL ACTION**<br><br><br>**NO.  26-1053** |

## O R D E R

**AND NOW**, this 23rd day of February, 2026, upon consideration of Petitioner Aslanbek Baskaev's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), Motion for Temporary Restraining Order (ECF No. 2), the Government's response thereto (ECF No. 6), and Petitioner's reply in support (ECF No. 7), and for the reasons stated in the accompanying Memorandum, it is **HEREBY ORDERED** as follows:

1.　　　The Petition is **GRANTED**. The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on February 24, 2026.**

2.      Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government is temporarily enjoined from re-detaining Petitioner until **March 3, 2026**.

4.      If the Government decides to pursue re-detention of Petitioner after March 3, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5.      The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

6.      The Clerk of Court shall mark this case as closed.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**