IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASLANBEK BASKAEV<br>              Petitioner,<br><br>              v.<br><br>J.L. JAMISON, in his official capacity as Warden, Federal Detention Center, Philadelphia; DAVID O'NEILL, in his official capacity as Acting Field Office Director, ICE ERO Philadelphia Field Office; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, in her official capacity as Attorney General of the United States,<br>              Respondents | CIVIL ACTION<br><br><br>NO.  26-1053 |

**O R D E R**

**AND NOW**, this 24th day of February, 2026, upon consideration of Petitioner Aslanbek Baskaev's Emergency Motion (ECF No. 10), and following a teleconference with all counsel, it is **HEREBY ORDERED** that the Motion is **DENIED AS MOOT**.[1]

                                        **BY THE COURT:**

                                        **/s/ Hon. Kelley B. Hodge**

                                        **HODGE, KELLEY B., J.**

---

[1] On February 23, 2026, this Court granted Mr. Baskaev's Petition for Habeas Corpus and ordered his release from custody. (ECF Nos. 8–9.) In his Motion, Petitioner's counsel asserts that he was informed by FDC Philadelphia after this Court's February 23 Order that Mr. Baskaev was no longer at FDC Philadelphia. On February 24, the Government filed a certification of compliance confirming that Mr. Baskaev was released from custody. (ECF No. 11.) During the February 24, 2026 teleconference, counsel for Mr. Baskaev confirmed that Mr. Baskaev had been released from custody. Because Mr. Baskaev is no longer in custody, this Motion is denied as moot.